John GRAY, Plaintiff-Respondent,

v.

Berbage BRYANT and Charlotte Bryant, his wife, Defendants-Appellants.

No. 10753.

Missouri Court of Appeals, Springfield District.

Oct. 24, 1977.

Donald R. Rhodes, Bloomfield, for plaintiff-respondent.

James E. McGhee, Parsons & Mitchell, Dexter, for defendants-appellants.

PER CURIAM.

This is an appeal from an action on a promissory note. On April 21, 1977, a Stoddard County jury returned a verdict in favor of plaintiff in the amount of $4,333.27.

On the same day, the following entry was made:

"Judgment in favor of plaintiff and vs. defendants in total sum of $4333.27 in accordance with jury verdict. Cost taxed vs. defendants."

The quoted material may suffice as a minute or docket entry but fails to constitute a judgment from which an appeal may be taken, notwithstanding its cognomination as a "judgment." *Cochran v. DeShazo*, 538 S.W.2d 598, 601[6] (Mo.App.1976).

The appeal is dismissed.

All concur.